UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GEORGE ELLIOTT,

                          Plaintiff,

-against-

COMMISSIONER CHRISTINA HERNANDEZ;
COMMISSIONER JENNIFER ARENA;
COMMISSIONER SALLY THOMSPON,

                          Defendants.

-----------------------------------------------------------------X

07-cv-5068 (ARR) (LB)

NOT FOR PRINT
OR ELECTRONIC
PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

      Plaintiff George Elliott, *pro se,* filed this action on November 29, 2007, pursuant to 42 U.S.C. §1983, §1985, and §1986 alleging a violation of his civil rights, arising out of an October 29, 2007 parole interview before defendants. On May 9, 2008, this Court granted in part and denied in part defendants' motion to dismiss the complaint pursuant to FRCP 12(b)(6). The Court dismissed all claims for money damages, all claims against the parole commissioners for acts performed in their quasi-adjudicative capacity, and plaintiff's claims under the equal protection and ex post facto clauses. See Order, May 9, 2008, Dkt. Entry 24. The remaining claims are plaintiff's claims under the due process clause for prospective injunctive relief against the defendant commissioners. Defendants have moved for summary judgment on plaintiff's remaining claims.

      On May 28, 2009, plaintiff was released to the custody of Immigration and Customs Enforcement (ICE), and was detained at the Buffalo Federal Immigration Detention Center in Batavia, New York. On July 20, 2009, he was removed from the United States. See Dkt. Entry

1

50. Accordingly, his request for injunctive relief in the form of a new parole hearing is now moot. Federal courts are not empowered to decide moot questions. See generally Hall v. Beals, 396 U.S. 45 (1969). Courts must divest themselves of jurisdiction if it appears that a case has become moot subsequent to its initiation. North Carolina v. Rice, 404 U.S. 244, 246 (1971).

## CONCLUSION

Because plaintiff is no longer in New York State custody, his case seeking injunctive relief is dismissed as moot. The Clerk of Court is directed to enter judgment accordingly.

SO ORDERED.

_/Signed by Judge Ross/
Allyne R. Ross
United States District Judge

Dated: December 28, 2009
Brooklyn, New York

Service List

**Plaintiff (pro se):**

George Elliott
A073138519
c/o Buffalo Federal Detention Facility
4250 Federal Drive
Batavia, NY 14020

**Attorney for Defendants**

Susan Hull Odessky
NYS Office of the Attorney General
120 Broadway
New York, NY 10271

cc:     Magistrate Judge Bloom