UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GEORGE ELLIOTT,   JUDGMENT
   07-CV- 5068 (ARR)
           Plaintiff,

  -against-

COMMISSIONER CHRISTINA HERNANDEZ;
COMMISSIONER JENNIFER ARENA;
COMMISSIONER SALLY THOMPSON;

           Defendants.
-------------------------------------------------------------------X

    An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on December 30, 2009, dismissing as moot plaintiff's case seeking injunctive relief; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that plaintiff's case seeking injunctive relief is dismissed as moot.

Dated: Brooklyn, New York
       December 30, 2009

/S/
_____
ROBERT C. HEINEMANN
Clerk of Court